IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BESANG, INC., <br><br> *Plaintiff* <br><br> v. <br><br> MICRON TECHNOLOGY, INC., <br> MICRON SEMICONDUCTOR <br> PRODUCTS, INC., and <br> MICRON TECHNOLOGY TEXAS, LLC, <br><br> *Defendants*. | Case No. 2:23-CV-00028-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER

Plaintiff BeSang, Inc. ("Plaintiff") and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC, ("Defendants") respectfully move to amend the Docket Control Order (Dkt. No. 48) to extend the deadline to file the proposed protective order by seven days:

| Original Deadline | New Deadline | Event |
|---|---|---|
| June 20, 2023 | June 27, 2023 | *File Proposed Protective Order <br><br> The Proposed Protective Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. |

The Parties have been diligently meeting and conferring to negotiate and reach agreement on the proposed protective order. So far, these conferences have been productive and have resulted in the successful narrowing of disputes. However, the Parties request more time to continue these

1

negotiations to attempt to further narrow remaining disputes and finalize language on narrowed disputes. This motion is not made for purposes of delay, will not prejudice any party, and will not interfere with any other deadline in this case.

     WHEREFORE, Plaintiff and Defendants respectfully request the Court grant this Joint Motion and extend the deadline for the Parties to submit a proposed protective order by seven days, up to and including June 27, 2023.

Dated: June 20, 2023                              Respectfully submitted,

                                                        */s/ Warren J. McCarty III*
Bradley W. Caldwell
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email: acurry@caldwellcc.com
Warren J. McCarty, III
Texas State Bar No. 24107857
Email: wmccarty@caldwellcc.com
R. Seth Reich Jr.
Texas State Bar No. 24088283
Email: sreich@caldwellcc.com
Xu Zhou
Texas State Bar No. 24121219
xzhou@caldwellcc.com
Bjorn A. Blomquist
Texas State Bar No. 24125125
bblomquist@caldwellcc.com
James F. Smith
Texas State Bar No. 24129800
jsmith@caldwellcc.com
**CALDWELL CASSADY & CURRY P.C.**
2121 N Pearl Street, Suite 1200
Dallas, TX 75201

Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Deron R. Dacus
State Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

*ATTORNEYS FOR PLAINTIFF, BESANG, INC.*

Melissa R. Smith (TX #24001351)
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

John Kappos (TX# 24130097)
jkappos@omm.com
Timothy S. Durst (TX #00786924)
tdurst@omm.com
Cason G. Cole (TX#24109741)
ccole@omm.com
Frances Mackay (TX#24109494)
fmackay@omm.com
**O'MELVENY & MYERS LLP**
2501 North Harwood Street, Suite 1700
Dallas, TX 75201
Telephone: (972) 360-1900
Facsimile: (972) 360-1901

Xin-Yi Zhou (TX# 24127916)
vzhou@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

William M. Fink (admitted pro hac vice)\

3

tfink@omm.com
Patric Reinbold (admitted pro hac vice)
preinbold@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC.*

4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 20th day of June 2023.

                                                */s/ Warren J. McCarty III*
                                                Warren J. McCarty III

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff. The Parties are jointly seeking the relief requested herein.

                                                */s/ Warren J. McCarty III*
                                                Warren J. McCarty III