IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BESANG INC.,<br><br>    *Plaintiff*<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br>MICRON SEMICONDUCTOR<br>PRODUCTS, INC., and<br>MICRON TECHNOLOGY TEXAS, LLC,<br><br>    *Defendants*. | Case No. 2:23-CV-00028-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISSOLUTION OF MICRON TECHNOLOGY TEXAS, LLC

Defendant Micron Technology, Inc. ("MTI") files this Notice of Dissolution ("Notice of Dissolution") of Micron Technology Texas, LLC ("Micron Texas") and would respectfully show the Court as follows:

On January 23, 2023, Plaintiff BeSang Inc. ("BeSang") filed its Complaint for Patent Infringement ("Complaint") (Dkt. 1) against Micron Texas.[1] In its Complaint, BeSang alleged that "Micron Texas has a regular and established place of business at 950 W. Bethany Drive, Suite 120, Allen, Texas 75013." *See* Dkt. 1 at ¶ 4; *see also id*. at ¶ 10 ("Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(b), because [Micron Texas] … [has] a regular and established place of business in this District."). BeSang's allegations were and are incorrect. During discovery, Micron Texas informed BeSang that it does not have any employees, conducts no business of any kind, and lacks any regular and established place of business in this District.

---

[1] As the Court is aware, BeSang filed its Complaint against Defendants Micron Technology, Inc. ("Micron Technology") and Micron Semiconductor Products, Inc. ("Micron Semiconductor"), as well. Micron Technology and Micron Semiconductor are not the subject of this Notice of Dissolution.

As of the date of dissolution, October 25, 2023, Micron Texas both lacked employees and a regular and established place of business anywhere because Micron Texas was, as of that date, no longer a company or legal entity. *See* Ex. A, Statement of Dissolution Limited Liability Company.  On October 25, 2023, the State of Idaho approved the dissolution of Micron Texas. *Id*.

Dated:  November 2, 2023  Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

John Kappos
Texas Bar No. 24130097
Timothy S. Durst
Texas Bar No. 00786924
Cason G. Cole
Texas Bar No. 24109741
Frances Mackay
Texas Bar No. 24109494
**O'MELVENY & MYERS LLP**
2501 North Harwood Street, Suite 1700
Dallas, Texas 75201
Telephone: (972) 360-1900
Facsimile:  (972) 360-1901
Email: jkappos@omm.com
Email: tdurst@omm.com
Email: ccole@omm.com
Email: fmackay@omm.com

Xin-Yi Zhou
Texas Bar No. 24127916
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile:  (213) 430-6407

Email: vzhou@omm.com

William M. Fink (*Pro Hac Vice*)
Patric Reinbold (P*ro Hac Vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile:  (202) 383-5414
Emai: tfink@omm.com
Email: preinbold@omm.com

*Attorneys for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 2, 2023.

*/s/ Melissa R. Smith*
Melissa R. Smith