# EXHIBIT A



# STATE OF IDAHO

*Phil McGrane | Secretary of State*
**Business Office**
450 North 4th Street
PO Box 83720
Boise, ID 83720

MICRON TECHNOLOGY TEXAS, LLC
STE 100
805 CENTRAL EXPY S
ALLEN, TX  75013-8010

October 25, 2023

## Filing Acknowledgment

Please review the filing information below and notify our office immediately of any discrepancies.

| | |
|---|---|
| File # : | 35557 |
| Filing Name: | MICRON TECHNOLOGY TEXAS, LLC |
| Filing Type: | Limited Liability Company (D) |
| Status: | Inactive-Dissolved |

Amendment Type: Statement of Dissolution          Image # : B0846-1636
Filed Date:     10/25/2023 12:45 PM

This will acknowledge the filing of the attached amendment to your business entity with an effective date as indicated above.  When corresponding with this office or submitting documents for filing, please refer to the file number given above.



Phil McGrane
**Idaho Secretary of State**
Processed By:  Business Division

| Field Name | Changed From | Changed To |
|---|---|---|
| Filing Status | Active-Existing | Inactive-Dissolved |
| Inactive Date | None | 10/25/2023 12:45:00 PM |



# STATEMENT OF DISSOLUTION
# LIMITED LIABILITY COMPANY

Title 30, Chapters 21 and 25, Idaho Code

Filing fee: $20.00 for manual processing (form must be typed).

The limited liability company named herein has been dissolved pursuant to 30-25-702(b)(2)(A).

1. The name of the dissolved limited liability company is:

   Micron Technology Texas, LLC

2. The date the certificate of organization was originally filed:  August 12, 1998

3. Other information concerning the dissolution (optional):

4. Name and address to return acknowledgement copy of this form to:

   Leslie A. Brault, Transaction Manager    c/o DLA Piper LLP (US), 2525 E. Camelback Rd., Ste. 1000, Phoenix, AZ 85016
   (Name)                                                                (Address)

5. Signature of a manager, member, or authorized person.            Secretary of State use only

Printed Name: Richard Mealey-Ozawa

Signature: *Richard Mealey-Ozawa*

Printed Name:

Signature:

Revised 01/2019