IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BESANG INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS, LLC, <br><br> Defendants. | Civil Action No.: 2:23-cv-00028-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION FOR FINAL JUDGMENT

On August 5, 2025, the Magistrate Judge issued a Claim Construction Order construing certain terms of United States Patent Number 7,378,702. Dkt. No. 136. BeSang filed objections to the order. Dkt. No. 141. However, on August 27, 2025, the district court overruled BeSang's objections and adopted the Magistrate Judge's Order. Dkt. No. 143.

The parties agree that the Court's determination regarding the meaning of its construction of the term "stackable add-on layer"—that "a 'stackable add-on layer' cannot be a layer formed in situ by sequential deposition on the dielectric layer" (Dkt. No. 136 at 9–10)—is case-dispositive in Defendants' favor on the issue of infringement. The parties thus stipulate that, under the Court's construction, the Accused Products do not infringe any claim of the '702 patent.

Based on this stipulation of noninfringement and pursuant to the Court's claim construction orders, the parties request that the Court enter a final and appealable judgment of noninfringement after which BeSang will appeal. The parties also agree that Micron shall dismiss its counterclaims without prejudice.

1

The parties further request that the time for filing a bill of costs under Local Rule CV-54 and Fed. R. Civ. P. 54(d) and for filing any motion for attorney fees be extended until 30 days after the Federal Circuit's issuance of the mandate regarding BeSang's appeal of this Court's final judgment.

DATED: September 11, 2025

Respectfully submitted,

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
R. Seth Reich Jr.
Texas State Bar No. 24088283
Email: sreich@caldwellcc.com
John F. Summers
Texas State Bar No. 24079417
jsummers@caldwellcc.com
Aisha Mahmood Haley
Texas State Bar No. 24139895
ahaley@caldwellcc.com
Bailey A. Blaies
Texas State Bar No. 24109297
bblaies@caldwellcc.com
Bjorn A. Blomquist
Texas State Bar No. 24125125
bblomquist@caldwellcc.com
Richard Cochrane
Texas State Bar No. 24116209
rcochrane@caldwellcc.com
James F. Smith
Texas State Bar No. 24129800
jsmith@caldwellcc.com
Xu Zhou
Texas State Bar No. 24121219
xzhou@caldwellcc.com
**CALDWELL CASSADY & CURRY P.C.**
2121 N Pearl Street, Suite 1200
Dallas, TX 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Warren J. McCarty III
State Bar No.: 24107857
**THE MCCARTY FIRM, P.C.**
100 Crescent Ct., Floor 7
Dallas, TX 75201
Phone: (214) 459-3196
wmccarty@mccartyfirm.com

Deron R. Dacus
State Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

*Attorneys for Plaintiff BeSang Inc.*

*/s/ John Kappos*
**GILLAM & SMITH, LLP**
Melissa R. Smith (TX #24001351)
melissa@gillamsmithlaw.com
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**O'MELVENY & MYERS LLP**
John Kappos (TX# 24130097)
jkappos@omm.com
Timothy S. Durst (TX #00786924)
tdurst@omm.com
Cason G. Cole (TX#24109741)
ccole@omm.com
Frances Mackay (TX#24109494)
fmackay@omm.com
2501 North Harwood Street, Suite 1700
Dallas, TX 75201
Telephone: (972) 360-1900
Facsimile: (972) 360-1901

Xin-Yi Zhou (TX# 24127916)
vzhou@omm.com
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

William M. Fink (admitted *pro hac vice*)\
tfink@omm.com
Patric Reinbold (admitted *pro hac vice*)
preinbold@omm.com
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414


*Attorneys for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served upon all counsel of record via email on September 11, 2025.

/s/ Bradley W. Caldwell
Bradley W. Caldwell

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirement in Local Rule CV-7(h) and that the relief requested herein is unopposed.

/s/ Bradley W. Caldwell
Bradley W. Caldwell